UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUDITH HUTCHINSON,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Garnishee. | NO. 2:18-MC-00036-RSL<br><br>(2:17-CR-00115-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, The Lincoln National Life Insurance Company ("Lincoln National"), has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Lincoln National filed its Answer on April 27, 2018, stating that at the time of the service of the Writ, Garnishee had possession, custody, or control of an All Battery Sales and Service 401(k) account in which Defendant/Judgment Debtor Judith Hutchinson maintained a substantial nonexempt interest.

**CONTINUING GARNISHEE ORDER**
(*USA v. Judith Hutchinson & The Lincoln National Life Insurance Company,* Court Nos. 2:17-CR-00115-1 / 2:18-MC-00036-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about April 11, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, The Lincoln National Life Insurance Company, shall pay to the United States District Court for the Western District of Washington, the entire amount (less 28 percent federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw;

That such payments shall be applied to Defendant/Judgment Debtor Judith Hutchinson's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:17-CR-00115-1 and 2:18-MC-00036-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

//

//

//

**CONTINUING GARNISHEE ORDER**
(*USA v. Judith Hutchinson & The Lincoln National Life Insurance Company,* **Court Nos. 2:17-CR-00115-1 / 2:18-MC-00036-RSL) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

Dated this 22nd day of June, 2018.

*signature*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER**
(*USA v. Judith Hutchinson & The Lincoln National Life Insurance Company,* **Court Nos. 2:17-CR-00115-1 / 2:18-MC-00036-RSL) - 3**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**